# UNITED STATES DISTRICT COURT

FOR THE

SOUTHERN DISTRICT OF NEW YORK

---

**UNITED STATES OF AMERICA,**   :

v.   :

07 Cr. 1181

**ROY VICTOR,**   :

         Defendant.   :

------------------------------x

J. Karas

**ROY VICTOR,** the above-named defendant, who is accused of violating Title 18, United States Code, Section 1503, having been advised of the nature of the charge and of his rights, hereby waives in open court prosecution by indictment and consents that the proceeding may be by information instead of by indictment.

                                                    _____
                                                    Defendant.

                                                    _____
                                                  Counsel for Defendant.
                                                  Jonathan Gardner

Date:  White Plains, New York
        December 19, 2007