UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA
v
__Roy Victor__

7CR 1181 (KMK)
Docket Number & Judge

**NOTICE OF APPEARANCE**

TO:   J. MICHAEL MCMAHON, CLERK

SIR:   YOU ARE HEREBY NOTIFIED THAT I APPEAR FOR THE DEFENDANT INDICATED ABOVE IN THE ENTITLED ACTION.

I AM APPEARING IN THIS ACTION AS (Please check one)

1. ( ) CJA        2. (✓) RETAINED        3. ( ) PUBLIC DEFENDER

ADMITTED TO PRACTICE IN THIS COURT   ( ) NO   (✓) YES,

ADMISSION MO. ___ YR _91_

I DO HEREBY CERTIFY THAT I HAVE FILED OR WILL FILE A CERTIFICATE OF GOOD STANDING FROM THE _____ STATE COURT, PURSUANT TO CRIMINAL RULE 1 OF THE LOCAL RULES FOR THE SOUTHERN AND EASTERN DISTRICTS OF NEW YORK.

DATED:   WHITE PLAINS, NEW YORK
12/19/07

SIGNATURE ___WM___
Attorney for Defendant

Labaton Sucharow llp
Firm name, if any

140 Broadway
Street address

NY    NY    10005
City     State     Zip code

212-907-0700
Telephone Number