**U.S. Department of Justice**



*United States Attorney*
*Southern District of New York*

DEC 1 0 2007

## MEMO ENDORSED

*United States District Courthouse*
*300 Quarropas Street*
*White Plains, New York  10601*

December 19, 2007

**BY HAND**
Honorable Kenneth M. Karas
United States District Judge
United States Courthouse
300 Quarropas Street
White Plains, New York  10601

   **Re: *United States v. Roy Victor*, 07 Cr. 1181 (KMK)**

Dear Judge Karas:

   The parties in this case appeared before Judge Yanthis this morning for an initial appearance and the matter was assigned to Your Honor.  The defendant has waived indictment and agreed to be prosecuted on a felony information, a copy of which is enclosed.

   A plea in this matter has been scheduled by Your Honor for January 2, 2008, at 10:30 a.m.  The original plea agreement is enclosed.

   The Government requests that the time between this morning's appearance and the scheduled plea on January 2, 2008 be excluded for speedy trial purposes.  The defendant consents to this request.

   Thank you for your consideration.

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____

Time is excluded from December 19, 2007
until January 2, 2008 in the interests of
justice. See 18 USC § 3161 (h)(8)(A).

Respectfully yours,

MICHAEL J. GARCIA
United States Attorney

SO ORDERED

KENNETH M. KARAS U.S.D.J.
12/19/07

By: _____
Asst. U.S. Attorney Perry A. Carbone

cc:  Jonathan Gardner, Esq. (by fax w/o enclosures)
     Thomas Puccio, Esq. (by fax w/o enclosures)