

212 907 0839 direct
212 883 7039 fax
email jgardner@labaton.com

January 8, 2008

VIA FEDERAL EXPRESS

**MEMO ENDORSED**

The Honorable Kenneth M. Karas
United States District Judge
Southern District of New York
United States Courthouse
300 Quarropas Street, Chambers 533
White Plains, New York 10601-4150



USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____

Re:   United States v. Roy Victor
      07 Crim. 1181 (KMK)

Dear Judge Karas:

This firm is counsel to Roy Victor in the above referenced criminal proceeding. On December 19, 2007 a bail order setting forth conditions of Mr. Victor's Release was entered which restricted his travel to the Southern and Eastern Districts of New York, the District of Connecticut, and the State of Virginia. This letter is to request an extension of Mr. Victor's bail conditions to permit him to travel to Newark, New Jersey, as Mr. Victor was recently offered a job in Newark. If permitted to travel, Mr. Victor would perform consulting services for St. Michael's Medical Centre, 1160 Raymond Blvd., Newark, New Jersey. I have communicated this request to Assistant United States Attorney Perry Carbone and he has no objection.

Respectfully submitted,

Jonathan Gardner

JG/bs

cc:   Via Facsimile:

      Perry Carbone, Esq.
      Assistant United States Attorney

*Mr. Victor's bail is modified to permit work-related travel to New Jersey.*

SO ORDERED
KENNETH M. KARAS U.S.D.J.
1/9/08

Labaton Sucharow LLP   140 Broadway, New York, NY 10005   212 907 0700 main   212 818 0477 fax   www.labaton.com