# Labaton Sucharow

212 907 0839 direct
212 883 7039 fax
email jgardner@labaton.com

**MEMO ENDORSED**

March 7, 2008

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____
```

**VIA FEDERAL EXPRESS**

The Honorable Kenneth M. Karas
United States District Judge
Southern District of New York
United States Courthouse
300 Quarropas Street, Chambers 533
White Plains, New York 10601-4150

Re:   United States v. Roy Victor
      07 Crim. 1181 (KMK)

Dear Judge Karas:

This firm is counsel to Roy Victor in the above referenced criminal proceeding. On December 19, 2007 a bail order setting forth conditions of Mr. Victor's Release was entered which restricted his travel to the Southern and Eastern Districts of New York, the District of Connecticut, and the State of Virginia. This letter is to request an extension of Mr. Victor's bail conditions to permit him to travel to North Carolina, so that he can visit family and friends in late March / early April 2008. I have communicated this request to Assistant United States Attorney Perry Carbone and he has no objection.

Respectfully submitted,

Jonathan Gardner

JG/bs

Granted, on the condition that Mr. Victor provide 24-hour contact information to Pre-Trial services before he departs for North Carolina.

cc:   Via Facsimile:
      Perry Carbone, Esq.
      Assistant United States Attorney

SO ORDERED

KENNETH M. KARAS U.S.D.J.

3/10/08

# Labaton
# Sucharow

The Honorable Kenneth M. Karas
March 7, 2008
Page 2


bcc:   Mr. Roy Victor
       Thomas P. Puccio, Esq.

693105 v1
[3/7/2008 12:01]