LAW OFFICES OF THOMAS P. PUCCIO

230 PARK AVENUE
SUITE 301
NEW YORK, N.Y. 10169

TEL: 212-883-6383
FAX: 212-883-6388
E-MAIL: tpuccio@lotpp.com

**MEMO ENDORSED**

April 1, 2008

<u>VIA OVERNIGHT MAIL</u>

The Honorable Kenneth M. Karas
United States District Judge
United States Courthouse
300 Quarropas St., Room 533
White Plains, NY 10601

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____
```

    Re:  *United States v. Roy Victor*
         07 Crim. 1181 (KMK)

Dear Judge Karas:

       I, along with co-counsel Jonathan Gardner, represent Roy Victor in the above captioned case in which sentencing has been set for April 18, 2008. When April 18 was set as the day of sentence, I was confident, based upon my conversations with the Government, that the sentencing would not actually take place on April 18 due to a backlog in the Probation Department. It now appears that April 18 is a realistic date for sentencing. However, relying on the fact that April 18 would only be a control date, I scheduled a trip outside the country from April 16 until April 22 which may be difficult to cancel. Accordingly it is requested that the sentencing be adjourned to a date after April 22 which is convenient to the Court and counsel. If Your Honor grants this request, it is further requested that the Defendant be permitted to submit his sentencing memorandum no later than two weeks before any new date that is set by the Court. I have communicated with the Assistant United States Attorney Perry Carbone and he does not object to this request.

                                        Respectfully submitted,

                                        Thomas P. Puccio

TPP/jam

Cc:  Perry Carbone, Esq. (AUSA)
       Jonathan Gardner, Esq.

*[Handwritten endorsement:]* Sentence is adjourned until May 16, 2008, at 2:00. Defendant's sentencing submission is due two weeks prior to sentence; the Government's response is due one week before sentence. So ordered. /s/ 4/2/08