# Labaton Sucharow

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____

212 907 0839 direct
212 883 7039 fax
email jgardner@labaton.com

June 26, 2008

**MEMO ENDORSED**

**VIA FEDERAL EXPRESS**

The Honorable Kenneth M. Karas
United States District Judge
Southern District of New York
United States Courthouse
300 Quarropas Street, Chambers 533
White Plains, New York 10601-4150

**Re:  United States v. Roy Victor
07 Crim. 1181 (KMK)**

Dear Judge Karas:

This firm is counsel to Roy Victor in the above referenced criminal proceeding. This letter is written to request that the Court So Order this letter permitting the pre-trial services department to transfer Mr. Victor's passport to the probation department.

Mr. Victor voluntarily surrendered and pled guilty to one count of Obstruction of Justice on January 2, 2008. At that time, as required, he surrendered his passport to the pre-trial services department. On May 19, 2008, Mr. Victor was sentenced to time served and two years supervised released with six (6) months of house confinement as a condition of supervised release. I have been contacted by the pre-trial services department and advised that without a Court order Mr. Victor's passport will be sent to the State Department. Mr. Victor has met with Ed Johnson, a supervisor in the probation department and Mr. Johnson has agreed to receive and hold Mr. Victor's passport pending completion of his supervised release. I have spoken to Assistant United States Attorney Perry Carbone and he has no objection to the request.

Respectfully submitted,

Jonathan Gardner
JG:jl

cc: Via Facsimile:
Perry Carbone, Esq.
Assistant United States Attorney

*Granted.
So Ordered.
[signature] M.K.
6/30/08*

Labaton Sucharow LLP   140 Broadway, New York, NY 10005   212 907 0700 main   212 818 0477 fax   www.labaton.com